## AMES v. AMERICAN LOAN & TRUST CO.

(Circuit Court of Appeals, Ninth Circuit. September 16, 1895.)

No. 240.

Appeal from the Circuit Court of the United States for the District of Oregon.

Edward P. Sanborn and Zera Snow, for appellant.

Dolph, Nixon & Dolph, for appellee.

Dismissed, pursuant to stipulation of counsel.

---

## THE LOUIS OLSEN.

(Circuit Court of Appeals, Ninth Circuit. May 7, 1894.)

No. 125.

Appeal from the District Court of the United States for the Northern District of California.

No opinion. Dismissed, pursuant to subdivision 3 of rule 22 and rule 23 (47 Fed. x.)

---

## NORTHERN PAC. R. CO. v. HEMPEY.

(Circuit Court of Appeals, Ninth Circuit. May 4, 1894.)

No. 173.

Error to the Circuit Court of the United States for the District of Washington.

Charles K. Jenner, for defendant in error.

Affirmed, per stipulation.

---

## PACIFIC MUT. LIFE INS. CO. v. NIXON.

(Circuit Court of Appeals, Ninth Circuit. March 26, 1894.)

No. 99.

Error to the Circuit Court of the United States for the District of Washington.

Charles N. Fox, for plaintiff in error.

W. S. Relfe, for defendant in error.

Dismissed, per stipulation.

---

## SOUTHERN CALIFORNIA MOTOR ROAD CO. v. UNION LOAN & TRUST CO.

(Circuit Court of Appeals, Ninth Circuit. April 3, 1894.)

No. 136.

Appeal from the Circuit Court of the United States for the Southern District of California.

R. E. Houghton, for appellant.

Stephen M. White, for appellee.

Dismissed, on motion of counsel for appellant.